JS-6

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Peter K. Rosen (Bar No. 82725)<br>     peter.rosen@lw.com |
| 3 |    Alexandra A. Roje (Bar No. 210566)<br>     alex.roje@lw.com |
| 4 |    Trevor L. Rusin (Bar No. 241940)<br>     trevor.rusin@lw.com |
| 5 |    Rebecca M. Couto (Bar No. 248019)<br>     rebecca.couto@lw.com |

LATHAM & WATKINS LLP
    Peter K. Rosen (Bar No. 82725)
        peter.rosen@lw.com
    Alexandra A. Roje (Bar No. 210566)
        alex.roje@lw.com
    Trevor L. Rusin (Bar No. 241940)
        trevor.rusin@lw.com
    Rebecca M. Couto (Bar No. 248019)
        rebecca.couto@lw.com
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Defendants
Metropolitan Culinary Services, Inc. and
MCS Burbank LLC

SEEGER WEISS LLP
    Jonathan Shub (Bar No. 237708)
        jshub@seegerweiss.com
1515 Market Street
Philadelphia, Pennsylvania 19107
Telephone: +1.215.553.7980
Facsimile: +1.215.735.7583

SPIRO MOSS BARNESS LLP
    Mark Moore (Bar No. 180473)
        mark@spiromoss.com
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, California 90064
Telephone: +1.310.235.2468
Facsimile: +1.310.235.2456

Attorneys for Plaintiff Mark S. Negri

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark S. NEGRI, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>MCS BURBANK LLC, METROPOLITAN CULINARY SERVICES, INC.,<br><br>              Defendants. | CASE NO. CV 07-00212 DDP (SSx)<br>Honorable Dean D. Pregerson<br><br><br><br>ORDER |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1905045.1

CASE NO. CV 07-00212 DDP (SSx)
[PROPOSED] ORDER

LA\1905045.1

1
2
**IT IS HEREBY ORDERED THAT:**

In light of passage of the Credit and Debit Card Receipt Clarification Act of 2007, which amends the Fair and Accurate Credit Transaction Act of 2003 ("FACTA"), and per the parties agreement, the Court hereby ORDERS this Case DISMISSED WITH PREJUDICE. Each party is to bear their own costs.

IT IS SO ORDERED.

Dated: October 23, 2008

_____
Hon. Dean D. Pregerson
United States District Court

LATHAM&WATKINS LA\1905045.1
ATTORNEYS AT LAW
LOS ANGELES

2

CASE NO. CV 07-00212 DDP (SSx)
[PROPOSED] ORDER

LA\1905045.1